ORVILLE ROBERTS, APPELLANT, *v.* HENRY C. PECK AND OTHERS, RESPONDENTS.

Order of Onondaga County Special Term appealed from affirmed, with $10 costs, and disbursements. Held, that the referee had no power to award an extra allowance under section 1022 of the Code of Civil Procedure. But the action of the court in awarding extra allowance was within its discretion.

ISAAC J. EVANS, AS EXECUTOR, &c., RESPONDENT, *v.* ELLIS ELLIS, APPELLANT, IMPLEADED, &c.

Judgment and order reversed and new trial ordered, costs to abide event. Held, that the answer to the question, "Is that your signature," did not necessarily involve a transaction or personal communication with the deceased, under section 829 of the Code of Civil Procedure.

ANDREW M. JOHNSTON, RESPONDENT, *v.* HORACE J. HARVEY, AS ADMINISTRATOR, &c., APPELLANT.

Order affirmed. (*Bradley* v. *Burwell*, 3 Denio, 61, and opinion of MULLIN, J., in *Cornes* v. *Wilkins*, 14 Hun, 428, followed.)

WILLIAM H. BAKER, AS RECEIVER, &c., RESPONDENT, *v.* JOHN C. VAN EPPS AND SARAH H. VAN EPPS, APPELLANTS.

Order appealed from affirmed, with $10 costs, and disbursements. Held, that in supplementary proceedings the receiver can employ the attorney of the party for whose benefit the proceedings are instituted.

FRANCIS G. HALL, RESPONDENT, *v.* CHARLES STICKLER, EFFIE STICKLER AND OTHERS, APPELLANTS.

Order reversed without costs.

ROSELLA T. GARTNER, AS SPECIAL ADMINISTRATRIX, &c.; APPELLANT, *v.* EMMA M. DE SANTA MARINA, OTHERWISE CALLED EMMA M. PURVIS, RESPONDENT.

Order affirmed, with $10 costs, and disbursements.